# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No: 6:10-cr-137-Orl-28GJK

ANTONIO JONES

_____

## ORDER

This case is before the Court on the Motion to Compel Government to File a Rule 35(b) Motion (Doc. No. 140, filed September 21, 2015) by Defendant. United States Magistrate Judge Gregory J. Kelly has submitted a Report and Recommendation (Doc. No. 147, filed October 5, 2015) recommending that the motion be denied. The Court notes that no objections have been filed to the Report and Recommendation and the time to do so has lapsed.

After review of the record in this matter, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 147, filed October 5, 2015) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Compel Government to File a Rule 35(b) Motion (Doc. No. 140) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on October 29, 2015.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties